AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| In Re: Asbestos Products Liability Litigation (No. VI) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| This Document Relates to: See Exhibit "A" ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Eastern District of Pennsylvania ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: IBRAHIM SADEK, M.D.
745 West St. John's Place, Addison, IL 60101

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See attached Exhibit "B" list.

| Place: 150 North Wacker, Suite 3100 Chicago, IL 60606 | Date and Time: 08/18/2011 1:00 pm |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 8/3/11

_____      OR   _____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*
CLERK OF COURT

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Defendants____ identified on Exhibit "C" _____, who issues or requests this subpoena, are:
See Exhibit "C"

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

# EXHIBIT A

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| ABERLE | GLENN | IL | CENTRAL | 93-1391 | 08-CV-91650 |
| ALSENE | DELMAR | IL | CENTRAL | 00-1011 | 08-CV-92187 |
| ANUSZKIEWICZ | ROMAN | IN | NORTHERN | 00-00493 | 08-CV-90938 |
| AYERS | MARK | IL | CENTRAL | 02-2070 | 08-CV-91953 |
| BARK | JAMES | IL | SOUTHERN | 95-0188 | 10-CV-64542 |
| BARNETT | ROSCOE | IN | SOUTHERN | 97-0078 | 10-CV-68919 |
| BAULT | CHARLES | IL | CENTRAL | 93-1419 | 08-CV-91663 |
| BEACH | LAUNDY | IL | CENTRAL | 95-1101 | 10-CV-68142 |
| BEDDOW | MERLE | IL | CENTRAL | 94-2239 | 08-CV-92239 |
| BEENEY | DONALD | IL | CENTRAL | 94-1477 | 08-CV-91728 |
| BELL | ORVILLE | IL | CENTRAL | 94-2267 | 08-CV-92260 |
| BEMENT | JAMES | IN | NORTHERN | 00-0033 | 10-CV-67615 |
| BENNETT | CLIFFORD | IL | NORTHERN | 00-2203 | 08-CV-90082 |
| BENNETT | JACK | IN | SOUTHERN | 97-0192 | 10-CV-68968 |
| BLACK | JOHN | IL | CENTRAL | 99-2268 | 10-CV-68110 |
| BODINE | RICHARD | IL | CENTRAL | 96-2009 | 08-CV-92055 |
| BROOKS | RAY | IL | CENTRAL | 00-1214 | 08-CV-92194 |
| BROWNLEE | THEODORE | IL | CENTRAL | 02-2084 | 08-CV-91954 |
| BUCHANAN | MICHAEL | IL | CENTRAL | 97-3271 | 10-CV-68074 |
| BUGG | WILLIAM | IL | CENTRAL | 94-1478 | 08-CV-91729 |
| BURTON | ALICE | IL | CENTRAL | 99-2213 | 08-CV-92139 |
| BURTON | WILLIAM | IL | CENTRAL | 98-4086 | 08-CV-92309 |
| CASTROS | AROL | IL | CENTRAL | 96-1155 | 08-CV-91760 |
| CENTERS | ALBERT | IL | NORTHERN | 02-8702 | 08-CV-90268 |
| CHAVEZ | RICHARD | IL | NORTHERN | 99-50211 | 08-CV-90342 |
| COHEN | RONALD | IN | SOUTHERN | 00-0024 | 09-CV-64755 |
| COX | CHARLES | IL | CENTRAL | 00-3005 | 08-CV-91866 |
| COX | DONALD | IL | CENTRAL | 94-2247 | 08-CV-92244 |
| CRADDOCK | JOHN | IL | CENTRAL | 00-2023 | 10-CV-68114 |
| CRAIN | PAUL | IL | NORTHERN | 99-4328 | 08-CV-89841 |
| CRAVEN | JOHN | IN | NORTHERN | 00-0042 | 10-CV-67678 |
| CRIPE | GEORGE | IL | CENTRAL | 00-2161 | 08-CV-91940 |
| CUMMINGS | RONALD | IN | SOUTHERN | 99-381 | 10-CV-68902 |
| DALTON | JACK | IL | CENTRAL | 01-2014 | 08-CV-91944 |
| DARLING | WILLIAM | IL | CENTRAL | 94-2236 | 08-CV-92236 |
| DAVIS | EDGAR | IL | CENTRAL | 00-1407 | 08-CV-92201 |
| DEAVILLE | KENNETH | IL | CENTRAL | 96-2068 | 08-CV-92064 |
| DELKS | CAROL | IN | SOUTHERN | 00-1323 | 08-CV-88681 |
| DETERS | CLETUS | IL | SOUTHERN | 97-4344 | 10-CV-64585 |
| DOVER | JACKIE | IL | CENTRAL | 98-1112 | 10-CV-68127 |
| DUAL | MONTE | IL | CENTRAL | 01-4008 | 08-CV-92314 |
| DUBOIS | CHARLES | IL | CENTRAL | 97-2137 | 08-CV-92119 |
| EBERT | MICHAEL | IL | SOUTHERN | 96-4090 | 08-CV-89432 |
| EDBROOKE | RICHARD | IL | CENTRAL | 94-2260 | 08-CV-92254 |
| EDWARDS | TERRY | IL | CENTRAL | 99-2208 | 08-CV-92137 |

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| ENDSLEY | ROBERT | IL | CENTRAL | 94-2271 | 08-CV-92025 |
| ESTOCK | ROBERT | IL | CENTRAL | 94-2272 | 08-CV-92026 |
| FADLER | DONALD | IL | NORTHERN | 01-2428 | 08-CV-90220 |
| FIELDS | WILLIAM | IL | CENTRAL | 95-4029 | 10-CV-68082 |
| FISHER | PASCAL | IL | CENTRAL | 99-1292 | 08-CV-92173 |
| FONNER | LARRY | IL | CENTRAL | 94-2175 | 08-CV-92222 |
| FRABONI | LOUIS | IL | CENTRAL | 93-1434 | 08-CV-91671 |
| FRAMPTON | KENNETH | IL | CENTRAL | 98-1113 | 08-CV-92160 |
| GABBARD | BEN | IL | CENTRAL | 99-2140 | 08-CV-92151 |
| GABBARD | ROBERT | IL | CENTRAL | 99-2140 | 08-CV-92145 |
| GARD | ROBERT | IN | NORTHERN | 00-0004 | 10-CV-67613 |
| GARD | LESLIE | IL | CENTRAL | 95-1102 | 08-CV-91736 |
| GARECHT | ROBERT | IL | CENTRAL | 99-2184 | 08-CV-92134 |
| GEIGER | GERALD | IL | CENTRAL | 94-1087 | 08-CV-91676 |
| GIULIANO | WILLIAM | IN | SOUTHERN | 99-0055 | 09-CV-64609 |
| GOETSCH | RANDALL | IL | CENTRAL | 94-1083 | 08-CV-91673 |
| GRAVES | WILLIAM | IL | CENTRAL | 97-2151 | 08-CV-92120 |
| GREEN | ROBERT | IL | CENTRAL | 99-4077 | 08-CV-92311 |
| GRIER | JOHN | IL | CENTRAL | 94-1300 | 08-CV-91687 |
| GRIER | DAVID | IL | CENTRAL | 93-1408 | 08-CV-91657 |
| HAMANN | KENNETH | IL | CENTRAL | 00-1004 | 08-CV-92181 |
| HARRISON | HOLLIS | IL | CENTRAL | 00-2003 | 08-CV-92141 |
| HART | ANDREW | IL | CENTRAL | 94-1084 | 08-CV-91674 |
| HATFIELD | BOBBY | IL | CENTRAL | 00-2009 | 08-CV-92147 |
| HELFERS | CARL | IL | CENTRAL | 00-1234 | 08-CV-92196 |
| HELTON | BURL | IN | NORTHERN | 96-0063 | 09-CV-61719 |
| HENNEY | JEAN | IN | SOUTHERN | 99-0175 | 09-CV-64629 |
| HESS | ROY | IL | CENTRAL | 00-1003 | 08-CV-92180 |
| HILL | JOHN | IL | SOUTHERN | 97-4209 | 10-CV-64557 |
| HOCKINGS | DANIEL | IL | NORTHERN | 96-1310 | 08-CV-89796 |
| HOLDEN | MICHAEL | IL | CENTRAL | 00-2125 | 08-CV-92154 |
| HORN | RICHARD | IL | CENTRAL | 95-2050 | 10-CV-68096 |
| HOSKINS | ADAM | IL | SOUTHERN | 99-0459 | 08-CV-89474 |
| HUBERT | WILLIAM | IL | CENTRAL | 96-2073 | 08-CV-92068 |
| HULMES | DARRELL | IL | CENTRAL | 99-2206 | 08-CV-92135 |
| HUTCHINSON | JACK | IL | CENTRAL | 97-1259 | 08-CV-92157 |
| HYLAND | GERALD | IL | CENTRAL | 99-3153 | 08-CV-91862 |
| IRONS | GARY | IL | CENTRAL | 97-1170 | 10-CV-68130 |
| JACKSON | WILLIAM | IL | CENTRAL | 00-1013 | 08-CV-92189 |
| JANKO | ALBERT | IL | CENTRAL | 94-1085 | 08-CV-91675 |
| JENNINGS | BILLY | IL | CENTRAL | 96-1152 | 08-CV-91757 |
| JINDRESEK | WALTER | IL | CENTRAL | 96-3091 | 08-CV-91858 |
| JOHNSON | RICHARD | IL | CENTRAL | 98-2092 | 08-CV-92122 |
| JOHNSON | LEO | IL | CENTRAL | 93-1417 | 08-CV-91661 |
| JOHNSON | DOROTHY | IL | CENTRAL | 94-1304 | 08-CV-91691 |
| KELLY | ROBERT | IL | CENTRAL | 94-1316 | 08-CV-91696 |
| KENNEDY | ROY | IL | SOUTHERN | 99-0677 | 08-CV-89492 |
| KITTLESON | ALFRED | IL | CENTRAL | 96-4028 | 08-CV-91887 |

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| KNAPP | JIMMY | IL | CENTRAL | 97-1018 | 08-CV-91763 |
| KRUSE | PATRICK | IL | CENTRAL | 00-CV-3110 | 08-CV-91867 |
| LA HOOD | HARRY | IL | CENTRAL | 97-1128 | 10-CV-68131 |
| LAWLESS | ANTHONY | IL | CENTRAL | 98-1183 | 08-CV-92161 |
| LISTON | FRANK | IL | SOUTHERN | 11-203 | 11-CV-66749 |
| LORENTZ | EUGENE | WI | WESTERN | 98-0237 | 10-CV-61348 |
| LOWER | GARRY | IL | CENTRAL | 97-1238 | 10-CV-68129 |
| MARCOGLIESE | FRANK | IL | SOUTHERN | 00-0009 | 08-CV-89497 |
| MARESCA | JOSEPH | IL | NORTHERN | 95-50066 | 08-CV-90328 |
| MARTIN | DAVID | IL | CENTRAL | 09-2308 | 10-CV-61109 |
| MATHENEY | ROY | IL | CENTRAL | 07-2223 | 08-CV-91955 |
| MAULDING | DUANE | IL | CENTRAL | 96-2102 | 08-CV-92113 |
| MAY | DALE | IL | CENTRAL | 97-2015 | 08-CV-92116 |
| MAYER | LOUIS | IL | CENTRAL | 88-2394 | 10-CV-68227 |
| MCMAHILL | CLAIR | IL | CENTRAL | 98-1114 | 10-CV-68126 |
| MEISCHNER | GISELA | IL | CENTRAL | 00-1191 | 08-CV-92192 |
| MEISCHNER | LEONARD | IL | CENTRAL | 96-1153 | 08-CV-91758 |
| MILLARD | EUGENE | IL | CENTRAL | 93-1253 | 10-CV-68119 |
| MOORE | GEORGE | IL | CENTRAL | 00-3332 | 08-CV-91869 |
| MORR | LEE | IL | CENTRAL | 00-2049 | 08-CV-92152 |
| MORRIS | DAVID | IL | CENTRAL | 98-1186 | 08-CV-92162 |
| MORTHOLE | EDWARD | IL | CENTRAL | 00-3296 | 08-CV-91868 |
| MORTON | KENNETH | IL | CENTRAL | 94-2259 | 08-CV-92253 |
| NALL | CLYDE | IL | NORTHERN | 00-2206 | 08-CV-90084 |
| NICHOLS | GERALD | IL | CENTRAL | 95-2049 | 10-CV-68097 |
| NICHOLS | LEONARD | IL | CENTRAL | 98-2133 | 10-CV-68105 |
| O'BOYLE | DARRELL | IL | CENTRAL | 95-4024 | 10-CV-68087 |
| O'KEEFE | ROBERT | IL | CENTRAL | 06-1308 | 08-CV-92210 |
| PALSGROVE | JOSEPH | IL | SOUTHERN | 94-4221 | 08-CV-89373 |
| PETERSON | ROBERT | IL | CENTRAL | 94-2288 | 08-CV-92040 |
| PETERSON | WILLIAM | IL | CENTRAL | 94-2177 | 08-CV-92224 |
| PHARES | MILLARD | IN | SOUTHERN | 97-0299 | 10-CV-68866 |
| PHIPPS | PAUL | IL | CENTRAL | 94-2036 | 08-CV-92220 |
| PIERCE | JAMES | IL | CENTRAL | 95-2052 | 10-CV-68094 |
| PITTMAN | FRANK | IL | SOUTHERN | 97-0599 | 08-CV-89441 |
| PLUE | RICHARD | IL | CENTRAL | 97-3260 | 10-CV-68073 |
| POE | RICHARD | IL | CENTRAL | 98-2251 | 10-CV-68107 |
| POTTS | STANLEY | IL | CENTRAL | 01-3107 | 08-CV-91872 |
| POWELL | JOHN | IL | CENTRAL | 93-2119 | 08-CV-92012 |
| POWELL | DALE | IL | EASTERN | 96-0237 | 08-CV-82923 |
| POWELL | THOMAS | IL | CENTRAL | 96-4026 | 08-CV-91885 |
| RASNER | DONALD | IL | CENTRAL | 00-2005 | 08-CV-92143 |
| REED | ODELL | WI | WESTERN | 96-0839 | 10-CV-61353 |
| REINHARDT | GARY | IL | CENTRAL | 99-2151 | 08-CV-92131 |
| REINOEHL | DONALD | IL | SOUTHERN | 01-4029 | 08-CV-89460 |
| RIGGS | IRVING | IL | CENTRAL | 96-1323 | 08-CV-91762 |
| ROGERS | JOHN | IL | CENTRAL | 99-1204 | 08-CV-92167 |
| SAMS | PHILLIP | IN | SOUTHERN | 94-1728 | 08-CV-88575 |

| LAST | FIRST | STATE | DISTRICT | LOCAL CASE | PA-ED CASE |
|---|---|---|---|---|---|
| SCHUCK | WALTER | IL | CENTRAL | 01-1048 | 08-CV-92205 |
| SEIFERT | WILLIAM | IL | CENTRAL | 99-1289 | 08-CV-92171 |
| SHORT | JOHNNIE | IL | CENTRAL | 98-1344 | 08-CV-92164 |
| SMITH | RONALD | IL | Northern Dist | 06-3759 | 08-CV-90287 |
| SMITH | ORVILLE | IL | CENTRAL | 97-2150 | 10-CV-68104 |
| SPANGLER | HERBERT | IL | CENTRAL | 96-4022 | 08-CV-91882 |
| SPRAGUE | BILLY | IL | NORTHERN | 00-3587 | 08-CV-90112 |
| STARIHA | WILLIAM | IN | SOUTHERN | 99-0213 | 09-CV-64725 |
| TAYLOR | JAMES | IL | CENTRAL | 96-4021 | 08-CV-91881 |
| THOMAS | GLENDEL | IL | CENTRAL | 01-1049 | 08-CV-92206 |
| THURMAN | ERNEST | IL | CENTRAL | 00-1012 | 08-CV-92188 |
| TOVEY | ROBERT | IL | CENTRAL | 99-2178 | 08-CV-92133 |
| WALKER | CLARENCE | IL | CENTRAL | 99-2207 | 08-CV-92136 |
| WALLMAN | RJ | IN | SOUTHERN | IP94-1742-C | 08-CV-88587 |
| WARE | WILLIAM | IL | CENTRAL | 97-1457 | 08-CV-92159 |
| WATERSTRADT | HENRY | IL | CENTRAL | 94-2294 | 08-CV-92045 |
| WEBER | DANIEL | IL | CENTRAL | 99-2177 | 08-CV-92132 |
| WESLEY | KEITH | IL | SOUTHERN | 97-4216 | 10-CV-64570 |
| WHITE | DONALD | IL | CENTRAL | 94-2284 | 08-CV-92036 |
| WILLIAMSON | RICHARD | IL | CENTRAL | 96-4016 | 08-CV-91878 |
| WILLIAMSON | HENRY | IL | CENTRAL | 99-1258 | 08-CV-92169 |
| WILSON | MERLE | IL | CENTRAL | 96-4019 | 08-CV-91879 |
| WINDERS | BERLIE | IL | CENTRAL | 96-2065 | 08-CV-92061 |
| WITTMEYER | AUSTIN | IL | CENTRAL | 95-1108 | 08-CV-91739 |
| WORKMAN | JOHN | IL | CENTRAL | 97-3026 | 10-CV-68071 |

# EXHIBIT B

## MATERIALS TO BE PRODUCED

1. All documents in your possession, custody, or control related to or concerning the individuals identified on Exhibit A.

2. All documents in your possession, custody, or control related to screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys or entities that screen, test, examine or evaluate litigants or potential litigants for attorneys, including but not limited to all radiology narrative reports, B read reports, chest x-rays, x-ray jackets, pulmonary function tests, occupational histories, medical histories, physical examination findings, questionnaires, statements, notes, and diagnostic reports.

3. All documents in your possession, custody, or control related to screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys or entities that screen, test, examine or evaluate litigants or potential litigants for attorneys that contain or indicate any criteria used for positive and/or negative screenings, tests or evaluations, and documents that list, tabulate, summarize, or contain information about the number or percentage of litigants or potential litigants found positive and/or negative at screenings, tests, examinations or evaluations.

4. All invoices, fee statements, correspondence, and other documents in your possession, custody or control with information about your billings, charges, or fees for screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys, including but not limited to all bills, invoices, statements, correspondence, checks, 1099 forms, pay stubs or records returned to you with payment.

5. All documents in your possession, custody or control that involve contracts or other agreements regarding screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys.

6. All documents in your possession, custody or control that are letters, correspondence, emails or other communications about screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys.

7. All calendars, date books, memoranda books, and appearance diaries in your possession, custody or control that provide dates and locations of your screenings, tests, examinations or evaluations to measure or assess pulmonary disease or

1

function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys.

8. All documents in your possession, custody or control that reflect the certification, licensing, registration, training, education, or other qualifications of your employees, agents, independent contractors, or other third parties who performed, ordered, or generated physical exams, pulmonary function tests, x-rays or CT scans for screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys.

9. All documents in your possession, custody or control that report to local, state, or federal agencies for disease control, health, or safety any findings, diagnoses, or other results of your screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys.

10. All documents in your possession, custody or control that are or relate to orders or prescriptions for x-rays, pulmonary function tests, or other imaging or tests to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys.

11. All documents in your possession, custody or control that identify your past or present employees, agents, independent contractors, or other third parties performing services on your behalf related to screenings, tests, examinations or evaluations to measure or assess pulmonary disease or function for attorneys, and for entities that screen, test, examine or evaluate litigants or potential litigants for attorneys, including documents that state dates of employment, current or last known address and telephone number, job title, duties and responsibilities, total compensation, experience, training, or credentials.

12. All documents in your possession, custody or control that evidence B reading you have performed of quality assurance or quality control x-rays, and B reading you have performed subject to any type of quality assurance or quality control procedures.

13. All documents in your possession, custody or control that evidence B reading or x-ray classification using the International Labour Organization International Classification of Radiographs of Pneumoconioses you have performed in any study or otherwise for or on behalf of the National Institute of Occupational Safety and Health (NIOSH), the Centers for Disease Control (CDC) or the International Labour Organization (ILO).

## EXHIBIT C

CBS CORPORATION
C. Michael Evert, Jr.
Richard M. Lauth
Evert Weathersby Houff
3405 Piedmont road
Atlanta, GA 30305
Ph: 658.651.1200
CMEvert@ewhlaw.com
RMLauth@ewhlaw.com

GENERAL ELECTRIC CO.
Walter G. Watkins, Jr.
Thomas W. Tardy, III
David M. Setter
Daniel J. Mulholland
John M. Seebohm
Forman Perry Watkins Krutz & Tardy LLP
1775 Sherman Street, Suite 1900
Denver, CO 80203
Ph: 303.837.6400
WatkinsWG@fpwk.com
TardyTW@fpwk.com
dmsetter@fpwk.com
MulhollandDJ@fpwk.com
jmseebohm@fpwk.com

GEORGIA-PACIFIC LLC
Michael W. Drumke
HeplerBroom LLC
150 North Wacker
Suite 3100
Chicago, IL 60606
Ph: 312.205.7717
mwd@heplerbroom.com

UNION CARBIDE CORP.
BAYER CROP SCIENCES, INC.
Robert Spinelli
Kelley Jasons McGowan Spinelli & Hanna LLP
Center Square West
Suite 1500
1500 Market Street
Philadelphia, PA 19102
Ph: 215.854.0548
rspinelli@kjmsh.com

OWENS-ILLINOIS
Robert H. Riley
Edward Casmere
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
Ph: 312.258.5500
rriley@schiffhardin.com
ecasmere@schiffhardin.com